427 A.2d 1234

Monroe, Appellant v. Penn Ram Motor Inn of Harrisburg, West, Inc.

■■■■■■■■■■■■■■■■

Argued December 3, 1979.   Henry F. Coyne, for appellant; James D. Flower, for appellee.

* Judge Donald E. Wieand is sitting by special designation.   Judge Maurice Louik of the Court of Common Pleas of Allegheny County, Pennsylvania, is sitting by designation.

Before HESTER, MONTGOMERY and CIRILLO, JJ.*

Order affirmed on the opinion of the lower court (Honorable Dale F. Shughart, P. J.).